# DELBELLO DONNELLAN WEINGARTEN
# WISE & WIEDERKEHR, LLP

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

**Erica R. Aisner**
**Partner**
(914) 607-3153
eaisner@ddw-law.com

**Connecticut Office**
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 298-0000

September 11, 2018

*Via ECF/CM System*

Honorable Judge Robert D. Drain
United States Bankruptcy Court - S.D.N.Y.
300 Quarropas Street
White Plains, NY  10601

    Re:    **Claudio Guagliardi, Chapter 13 Debtor**
             **S.D.N.Y Bankruptcy Case No: 18-22081-rdd**

Dear Honorable Judge Drain:

      This letter is written to provide the Court and all interested parties with the status of the above-referenced Chapter 13 case. The Debtor's Confirmation Hearing is scheduled on September 12, 2018 at 10:00 a.m.

      The Debtor is attempting to refinance an investment property which is co-owned with the Debtor's brother. Unfortunately, at this time the Debtor has not secured a lender to proceed with the refinance. The Debtor is not in a position to satisfy the requirements of confirmation at this time.

      The Chapter 13 Trustee consents to an adjournment of the Debtor's Confirmation Hearing from September 12, 2018 to **November 28, 2018** at **10:00 a.m.**

                                               Respectfully submitted,

                                               */s/ Erica R. Aisner*

ERA/dap

1530818
70154590-001