

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

March 23, 2020

Honorable Sean H. Lane
United States Bankruptcy Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Guagliardi
           Bankruptcy Case No: 18-22081

This office represents SN Servicing Corporation, the Secured Creditor in the above referenced action. On March 12, 2020 Secured Creditor offered a trial modification to the Debtor, to which the Debtor has apparently accepted and intends to submit payments. As of today, our office is awaiting confirmation that Secured Creditor received the good faith March payment. The trial modification agreement runs through March 2021.

**Please feel free to contact our office should you have additional questions.**

Sincerely,

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
(P) 212.471.5100
(F) 212.471.5150
bankruptcy@friedmanvartolo.com